United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 15, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 02-20792

_____

THE ASSOCIATION OF AMERICAN PHYSICIANS &
SURGEONS INC; RON PAUL, Congressman M D; DAWN
RICHARDSON; REBECCA REX; DARRELL MCCORMICK,

Plaintiffs - Appellants,

versus

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES; TOMMY THOMPSON, as Secretary of the U S
Department of Health and Human Services,

Defendants - Appellees.

Appeal from the United States District Court
For the Southern District of Texas
H-01-CV-2963

Before DUHÉ, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *Ass'n of Am. Physicians & Surgeons v. U.S. Dep't of Health & Human*

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Servs.*, 224 F. Supp. 2d 1115 (S.D. Tex. 2002).